UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **RICHARD COURVILLE #23090-001** | **CIVIL ACTION NO. 2:22-cv-6214 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **UNKNOWN OFFICERS** | **MAGISTRATE JUDGE LEBLANC** |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 33] previously filed herein, having thoroughly reviewed the record, noting the lack of objection filed thereto, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss [Doc. No. 18] filed by Defendant Officer Racca ("Racca") is **GRANTED IN PART** and **DENIED IN PART**. The Motion is **GRANTED** as to Plaintiff's claims against Officer Racca in his *official* capacity, and is **DENIED** as to Officer Racca in his *individual* capacity.

**MONROE, LOUISIANA**, this 27th day of September 2024.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE